IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 10  P 3: 54

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY
```

BALTIMORE REGIONAL JOINT BOARD         :
UNION OF NEEDLETRADES, et al.

       Plaintiffs                :

       v.                        :     CIVIL NO. L-02-2832

ACME PAD CORPORATION                   :

       Defendant

### ORDER

Upon review of the court file and documents in this case, this Court finds that service of process upon the defendant, Acme Pad Corporation, was completed on or about September 4, 2002. To date, no response has been filed. Accordingly, plaintiffs shall file, within ten days from the date hereof, a motion for entry of default and motion for default judgment or provide a report as to why such motions would be inappropriate.

It is so ORDERED, this _10TH_ day of December, 2002.

                                         _/s/ B. Legg_____
                                         Benson Everett Legg
                                         United States District Judge