IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 24  A 9: 36

CLERK'S OFFICE
AT BALTIMORE

BALTIMORE REGIONAL JOINT BOARD
UNION OF NEEDLETRADES,
INDUSTRIAL AND TEXTILE
EMPLOYEES HEALTH AND WELFARE
FUND, et al.,

    Plaintiffs

v.

ACME PAD CORPORATION,

    Defendant

Civil Action No. L-02-2832

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Baltimore Regional Joint Board, Union of Needletrades, Industrial and Textile Employees Health and Welfare Fund, et al., through its counsel, James T. Kimble, Corey Smith Bott and the law firm of Abato, Rubenstein and Abato, P.A., hereby dismiss the above captioned lawsuit without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and state that no responsive pleading has been filed by said Defendant.

Date: December 20, 2002

James T. Kimble /csb/
James T. Kimble
Bar No. 23456

Corey Smith Bott
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

SO APPROVED THIS _23rd_ day of _December_, 2002.

_____
Benson Everett Legg
United States District Judge

LAW OFFICES
# ABATO, RUBENSTEIN AND ABATO, P.A.

H. Victoria Hedian
James T. Kimble+
Kimberly L. Bradley
James R. Rosenberg •
Paul D. Starr •
Corey Smith Bott

+ Also admitted in DC & VA
• Also admitted in DC

809 Gleneagles Court
Suite 320
Baltimore, Maryland 21286
(410) 321-0990
(410) 321-1419 Fax

December 20, 2002

Cosimo C. Abato
(1930-1995)
Anthony A. Abato, Jr.
(Of Counsel)
Bernard W. Rubenstein
(Of Counsel)

Felicia C. Cannon, Clerk
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: Baltimore Regional Joint Board, Union of Needletrades, Industrial and Textile Employees Health and Welfare Fund, et al. v. Acme Pad Corporation
Civil Action No. L 02-2832

Dear Ms. Cannon:

Enclosed please find an original and two copies of a Voluntary Dismissal to be filed on behalf of Plaintiffs in the above referenced matter. After docketing the same, please forward to Judge Legg for his approval.

Thank you for your assistance. If you have any questions concerning this matter, please do not hesitate to contact me.

Very truly yours,

Corey Smith Bott

CSB/jlf
enclosure